UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Jamie Pierce v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-11818-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on and February 21, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
         Deputy Clerk

**Dated:** February 24, 2014

Digitally signed by David R. Herndon
Date: 2014.02.24 17:15:15 -06'00'

**APPROVED:**
    CHIEF JUDGE
    U. S. DISTRICT COURT